IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODNEY W. RAYBURN
ADC #165952                                                              PETITIONER

v.                          No. 5:19-cv-326-DPM

DEXTER PAYNE, Director,
Arkansas Division of Correction                              RESPONDENT

## JUDGMENT

Rayburn's petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 June 2020